UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-5

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-01175-CJC (KESx) | Date | March 13, 2019 |
|---|---|---|---|
| Title | United States of America v. Kenneth Franco et al | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER LIFTING STAY**

---

On January 4, 2019, the Court entered an order staying the entire case due to the lapse of appropriations to the Department of Justice.   Since funding to the Department of Justice has been restored, the stay that was in place is hereby **LIFTED.**

- : -

Initials of Deputy Clerk   gga

cc: