1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9
10

UNITED STATES OF AMERICA

11

Plaintiff(s),

12

v.

13

KENNETH FRANCO, et al.

14
15

Defendant(s).

16
17

CASE NO:
8:18−cv−01175−CJC−KES

**SCHEDULING ORDER**

18
19
20

The Court, having reviewed the pleadings and the parties' submissions

pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

21
22

[1]  All discovery, including discovery motions, shall be completed by

November 27, 2019.  Discovery motions must be filed and heard prior to this date.

23
24

[2]  The parties shall have until January 27, 2020 to file and have heard all

other motions, including motions to join or amend the pleadings.

25
26

[3]  A pretrial conference will be held on **Monday, March 2, 2020 at 03:00
PM.  Full compliance with Local Rule 16 is required.**

27
28

[4]  The case is set for a **jury trial, Tuesday, March 10, 2020 at 08:30 AM.**

///

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel.

The parties shall have until December 31, 2019 to conduct settlement proceedings.

     IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of

this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: March 19, 2019

_____

Cormac J. Carney
United States District Judge

cc: ADR OFFICE